# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. GEORGE DeWOLF, **Defendant.** | 6:23-po-5064-KLD VIOLATION: 9597503 ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $140.00 ($100.00 fine, $30 processing fee and $10 special assessment). Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this 7th day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge